IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LEO DANIEL LEGER, #258677, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:09cv474-ID |
| | ) (WO) |
| STATE OF ALABAMA, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendants and against the plaintiff and that this case be and is hereby DISMISSED prior to service of process.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 31st day of July, 2009.


/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE